# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| PAOLA DOMINGUEZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-23-CV-175-KC |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC, | § § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. Pursuant to the Court's Standing Order on Pretrial Deadlines, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within forty-five days after the appearance of a defendant. Defendant Milberg Coleman Bryson Phillips Grossman, PLLC, filed a Motion to Dismiss for Failure to State a Claim, ECF No. 7, on July 21, 2023. More than forty-five days have passed since that appearance, and the Court has received no notice of the parties' meeting.

Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines **no later than September 20, 2023**.

**SO ORDERED.**

SIGNED this 6th day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE