IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PAOLA DOMINGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-175-KC |
| | § | |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On this day, the Court considered the case.  On September 7, 2023, the Court denied without prejudice to refiling Plaintiff's Motion for Leave to File First Amended Complaint ("Motion"), ECF No. 15.  Sept. 7, 2023, Order 2, ECF No. 18.  The Court permitted Plaintiff to refile her Motion on or before September 27, 2023.  *See id.*  It has since come to the Court's attention that Plaintiff never received the Order.

Accordingly, the Court **ORDERS** that Plaintiff's deadline to refile her Motion in compliance with the Local Rules is **EXTENDED** until **October 11, 2023**.

**IT IS FURTHER ORDERED** that the Clerk shall resend the previous Order, ECF No. 18, to Plaintiff together with this Order.

**SO ORDERED.**

SIGNED this 27th day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE