UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| PAOLA DOMINGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC,<br><br>　　　　Defendant. | Case No. 3:23-cv-00175-KC |

**NOTICE OF AGREEMENT REGARDING MEDIATOR**

　　In accordance with the Court's Scheduling Order, ECF No. 23, Plaintiff Paola Dominguez and Defendant Milberg Coleman Bryson Phillips Grossman, PLLC hereby submit to the Court that:

　　1.　　The parties have conferred to select a mediator.

　　2.　　The parties agree to the selection of Lance Harke of Upchurch Watson White & Max Mediation Group as mediator.  Upchurch Watson White & Max Mediation Group regularly mediates Telephone Consumer Protection Act and pendant state telemarketing law cases such as this one.

　　3.　　On behalf of both parties, Defendant's counsel contacted Mr. Harke to determine his availability as mediator.  Mr. Harke is available and willing to serve as a mediator in this matter.

　　4.　　The parties are scheduled to mediate this matter on April 10, 2024 at 11:00 am MST.

Dated: January 22, 2024

| | |
|---|---|
| */s/ Paola Dominguez*_____ | */s/ Daniel S. Blynn*_____ |
| Paola Dominguez | Daniel S. Blynn (*pro hac vice*) |
| pdomin14@gmail.com | dblynn@steptoe.com |
| 2316 Bill Howard Pl. | STEPTOE LLP |
| El Paso, TX 79936 | 1330 Connecticut Avenue, NW |
| Telephone: (915) 251-4955 | Washington, DC 20036 |
| | Telephone: (202) 429-3000 |
| *Plaintiff* | Facsimile: (202) 429-3902 |

Randi Kassan
rkassan@milberg.com
MILBERG, COLEMAN, BRYSON,
　　PHILLIPS & GROSSMAN
100 Garden City Plaza
Telephone: (516) 741-5600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 22nd day of January, 2024, I have electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants. A copy also has been served via electronic mail pursuant to the parties' agreement on:

  Paola Dominguez
  2316 Bill Howard Pl.
  El Paso, TX 79936
  Pdomin14@gmail.com

  */s/ Daniel S. Blynn*_____